

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | 08-cv-1849 |
| v. | : | |
| | : | CRIMINAL ACTION |
| JOSEPH POOLE | : | NO. 01-548-1 |

**O R D E R**

BERLE M. SCHILLER, J.,

AND NOW, this 2 day of July, 2008, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for § 2255 Relief is DISMISSED AS MOOT.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M. SCHILLER, J.

FILED
JUL 02 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk