# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Docket # 2:01-cr-00548-BMS-1 |
| JOSEPH POOLE | : |

## ORDER

AND NOW, this 12 day of Feb, 2020, upon consideration of Defendant's Motion for Early Termination of Supervised Release, and the government response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. The defendant's term of supervised release is hereby **TERMINATED**.

BY THE COURT:

_____
**UNITED STATES DISTRICT COURT**